IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LYNNE MICHOL SPENCER as Administrator, of the ESTATE OF JAMES SILVIA et al., | : : : : |
| Plaintiffs, | : Civil Action No. : |
| v. | : : |
| THE ISLAMIC REPUBLIC OF IRAN Ministry of Foreign Affairs Khomeini Avenue United Nations Street Tehran, Iran | : : : : : : |
| and | : : |
| THE IRANIAN MINISTRY OF INFORMATION AND SECURITY Pasdaran Avenue Golestan Tekom Tehran, Iran | : : : : : : |
| Defendants. | : : |

### MOTION and MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR WAIVER OF LOCAL RULE 5.1(e)

COMES NOW the Plaintiffs, the Estate of James Silvia and Lynne Michol Spencer, by and through counsel and hereby move the Court that an Order be entered waiving the requirements of Local Rule 5.1(e) with respect to the requirement that the "full address of the party" be included on the caption of the initial pleading.

In support of said motion, the Plaintiffs state as follows:

1. This action is brought by the Plaintiffs, and their immediate family members, who were the victims and family members of the victims of a terrorist attack upon the headquarters building of the 24th Marine Amphibious Unit in Beirut,

Lebanon on October 23, 1983. This terrorist attack was carried out by a known terrorist organization, Hezbollah, and the organization's sponsors and supporters, the Islamic Republic of Iran and the Iranian Ministry of Information and Security.

2. This terrorist organization is known to target Americans.

3. Plaintiffs are fearful that the listing of the their addresses will subject them to possible attack from terrorist groups or others controlled and/or supported by Islamic Republic of Iran and the Iranian Ministry of Information and Security.

4. Terrorist attacks by groups controlled and/or supported by the Islamic Republic of Iran and the Iranian Ministry of Information and Security, including, but not limited to, Hezbollah have resulted in the deaths of more than 800 innocent civilians, including Americans, since September of 2000, and thus the fears of the Plaintiffs clearly have a factual basis.

5. The Order submitted with this Motion requires the Plaintiffs to file under seal, a list containing the names and residence addresses of all Plaintiffs within thirty (30) days of the date of the Order, which will give the Court the information required by Rule 5.1(e).

6. In support of this Motion, Plaintiffs cite FRCP 8(f) which provides that "pleadings shall be so construed as to do substantial justice."

7. Substantial justice allows, when circumstances dictate, the Plaintiffs' addresses to be filed under seal.

WHEREFORE, for the reasons set forth above, Plaintiffs' request that said motion be granted and the Court enter the tendered Order waiving Local Civil Rule 5.1(e) and direct that the Plaintiffs' addresses be filed with the Court under seal.

Respectfully Submitted,

*/s/ Richard D. Heideman*

Richard D. Heideman    20 April 2006
Heideman Nudelman & Kalik, P.C
1146 19th Street, NW
Fifth Floor
Washington, DC  20036
Telephone:  202-463-1818
Telefax:  202-463-2999


Of Counsel:

Steven R. Perles, Esq.
The Perles Law Firm, P.C.
1146 19th Street, NW
Fifth Floor
Washington, DC  20036
Telephone: 202-955-9055
Telefax:    202-955-1806

Thomas Fortune Fay
The Law Office of Thomas Fortune Fay
601 Pennsylvania Avenue, NW
#900 – South Building
Washington, DC 20004
Telephone: (202) 589-1300

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LYNNE MICHOL SPENCER as Administrator, Of the ESTATE OF JAMES SILVIA et al., | : : : : |
| Plaintiffs, | : Civil Action No. |
| THE ISLAMIC REPUBLIC OF IRAN Ministry of Foreign Affairs Khomeini Avenue United Nations Street Tehran, Iran | : : : : : : |
| and | : |
| THE IRANIAN MINISTRY OF INFORMATION AND SECURITY Pasdaran Avenue Golestan Tekom Tehran, Iran | : : : : : : |
| Defendants. | : |

## ORDER

THIS MATTER having come before the Court on Plaintiffs' Motion for Waiver of Local Rule 5.1(e), and the Court having been sufficiently advised and informed, and good cause having been shown,

IT IS HEREBY ORDERED and ADJUDGED that the requirements of Local Rule 5.1(e) directing the "full residence of the party" be included on the caption of the initial pleading are hereby WAIVED.

IT IS FURTHER ORDERED that within thirty (30) days of the entry of this Order, Plaintiffs are to file UNDER SEAL a notice listing the names and residence addresses of all Plaintiffs.

IT IS SO ORDERED on this the _____ day of April, 2006.

_____
Judge, United States District Court

4