FILED
APR 2 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LYNNE MICHOL SPENCER as Administrator, Of the ESTATE OF JAMES SILVIA et al., | : |
| Plaintiffs, | : Civil Action No. 06 0750 |
| THE ISLAMIC REPUBLIC OF IRAN Ministry of Foreign Affairs Khomeini Avenue United Nations Street Tehran, Iran | : |
| and | : |
| THE IRANIAN MINISTRY OF INFORMATION AND SECURITY Pasdaran Avenue Golestan Tekom Tehran, Iran | : |
| Defendants. | : |

### ORDER

THIS MATTER having come before the Court on Plaintiffs' Motion for Waiver of Local Rule 5.1(e), and the Court having been sufficiently advised and informed, and good cause having been shown,

IT IS HEREBY ORDERED and ADJUDGED that the requirements of Local Rule 5.1(e) directing the "full residence of the party" be included on the caption of the initial pleading are hereby WAIVED.

IT IS FURTHER ORDERED that within thirty (30) days of the entry of this Order, Plaintiffs are to file UNDER SEAL a notice listing the names and residence addresses of all Plaintiffs.

IT IS SO ORDERED on this the 24th day of April, 2006.

_____
Judge, United States District Court