# *UNITED STATES DISTRICT COURT*
# *FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **LYNNE MICHOL** SPENCER<br><br>Plaintiff(s),<br><br>vs.<br><br>**ISLAMIC REPUBLIC OF IRAN,** et al.<br><br>Defendant(s). | Civil Case No: **06-0750(RCL)** |

## NOTICE REGARDING SEALED DOCUMENT

This Notice serves as notification that a document has been **FILED UNDER SEAL** in paper form in the Clerk's Office and will not be filed electronically. It will be maintained in the sealed case file in the Clerk's Office.

**NANCY MAYER-WHITTINGTON**

Clerk

**Date:** April 24, 2006