# HEIDEMAN NUDELMAN KALIK, PC

1146 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036
TELEPHONE 202.463.1818
TELEFAX    202.463.2999
www.hnklaw.com
attorneys@hnklaw.com

*BY HAND*

July 31, 2006

Nancy Mayer-Whittington
Clerk, United States District Court
  for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

    RE:   *Estate of James Sylvia, et al. v. Islamic Republic of Iran, et al.,*
            *Civil Action No. 06-00750 (RCL)*

Dear Ms. Mayer-Whittington:

    Per the provisions of 28 U.S.C. § 1608(a)(3), we hereby request that the Clerk's Office "address[] and dispatch[]" the enclosed "summons and complaint and notice of suit, together with a translation of each . . . to the head of the ministry of foreign affairs of the foreign state concerned." In this matter, the foreign state concerned is the Islamic Republic of Iran. Service under §1608(a)(3) is appropriate at this time as there is no "special arrangement" and no "applicable international convention on service of judicial documents" with Iran. 28 U.S.C. §1608 (a)(1) and (2).

    Enclosed are the two (2) summonses in this case addressed to each of the defendants in the above referenced civil action, being the Islamic Republic of Iran and the Iranian Ministry of Information and Security. Each summons is translated into Farsi, the official language of Iran. Also enclosed with each summons is a copy of the Complaint (in English and Farsi), the Rule 5.1(e) Motion and Order (in English and Farsi), a copy of the Notice of Suit and Foreign Sovereign Immunities Act (in English and Farsi), and a copy of the administrative documents (in English and Farsi).

    We have prepared the packages of documents for transmission to the defendants by DHL. We understand that after you have reviewed the documents you will contact us so that we may pick them up, take them to a DHL facility, and return the DHL sender's receipt to you. Please call me at 202.463.1818 when the packages are ready and we will come pick them up.

    If you have any questions, please feel free to contact me. Thank you for your assistance.

Sincerely,

*Faye N. Eisen*
Faye N. Eisen

Enclosures

**RECEIVED**

JUL 3 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MEMBERS OF THE FIRM ARE
LICENSED TO PRACTICE IN VARIOUS JURISDICTIONS INCLUDING:

DISTRICT OF COLUMBIA • INDIANA • KENTUCKY • MARYLAND • MISSOURI • NEW JERSEY • NEW YORK • WYOMING • ISRAEL