
# HEIDEMAN
# NUDELMAN
# KALIK, PC

1146 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036
TELEPHONE 202.463.1818
TELEFAX   202.463.2999
www.hnklaw.com
attorneys@hnklaw.com

BY HAND

August 2, 2006

Nancy Mayer-Whittington
Clerk, United States District Court
 for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

     RE:    *Estate of James Sylvia, et al. v. Islamic Republic of Iran, et al.*,
             Civil Action No. 06-00750 (RCL)

Dear Ms. Mayer-Whittington:

    Per the provisions of 28 U.S.C. § 1608(b)(3)(B), we hereby request that the Clerk's Office "address[] and dispatch[]" the enclosed "summons and complaint, together with a translation of each . . . to the agency or instrumentality [of the foreign state] to be served." In this matter, the agency is the Iranian Ministry of Information and Security. Service under §1608(b)(3)(B) is appropriate at this time as there is no "special arrangement", no agent authorized to receive service in the United States, and no "applicable international convention on service of judicial documents" with Iran or any of its agencies or instrumentalities. 28 U.S.C. §1608 (b)(1) and (b)(2).

    Enclosed is the summons addressed to the Iranian Ministry of Information and Security, with a copy translated into Farsi, the official language of Iran. Also enclosed with each summons is a copy of the Complaint (in English and Farsi), the Rule 5.1(e) Motion and Order (in English and Farsi), a copy of the Notice of Suit and Foreign Sovereign Immunities Act (in English and Farsi), and a copy of the administrative documents (in English and Farsi).

    We have prepared the package of documents for transmission to the defendant by DHL. We understand that after you have reviewed the documents you will contact us so that we may pick them up, take them to a DHL facility, and return the DHL sender's receipt to you. Please call me at 202.463.1818 when the package is ready and we will come pick it up.

    If you have any questions, please feel free to contact me. Thank you for your assistance.

Sincerely,

*Faye N. Eisen*
Faye N. Eisen

**RECEIVED**
AUG 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Enclosures

MEMBERS OF THE FIRM ARE
LICENSED TO PRACTICE IN VARIOUS JURISDICTIONS INCLUDING:

DISTRICT OF COLUMBIA • INDIANA • KENTUCKY • MARYLAND • MISSOURI • NEW JERSEY • NEW YORK • WYOMING • ISRAEL