CO 939
Rev. 7/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

LYNNE MICHOL SPENSER
　　　　　　　Plaintiff(s)

vs.   　　　　　　　　　　　　　　　Civil Action No.: 06-750 (RCL)

ISLAMIC REPUBLIC OF IRAN, et al.
　　　　　　　Defendant(s)

## CERTIFICATE OF MAILING

　　I hereby certify under penalty of perjury, that on the __8th__ day of __August__, 20 _06_, I mailed:

1. ☐ One copy of the summons and complaint by registered mail, return receipt requested, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

2. ☒ One copy of the summons, complaint and notice of suit, together with a translation of each into the official language of the foreign state, by DHL, to the head of the ministry of foreign affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

3. ☐ Two copies of the summons, complaint and notice of suit, together with a translation of each into the official language of the foreign state, by certified mail, return receipt requested, to the U.S. Department of State, Office of Policy Review and Interagency Liaison, Overseas Citizens Services, 2100 Pennsylvania Avenue, NW, Fourth Floor, Washington, DC 20520, ATTN: Director of Overseas Citizens Services, pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

4. ☐ One copy of the summons and complaint, together with a translation of each into the official language of the foreign state, by registered mail, return receipt requested, to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. § 1608(b)(3)(B).


　　　　　　　　　　　　　　　　　　NANCY MAYER-WHITTINGTON, CLERK

　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

**DO NOT PHOTOCOPY**
Using a photocopy could delay the delivery of your package and will result in additional shipping charge

SENDER'S RECEIPT

| | | | |
|---|---|---|---|
| Waybill #: | 8900766232 | Rate Estimate: | 55.44 |
| | | Protection: | Not Required |
| To(Company): | Ministry of Foreign Affairs | Description: | Sylvia v. Iran; Complaints for service on Iran |
| | Emam Khomeini Avenue | Customs Value: | 0.00 |
| | United Nations Street | Weight (lbs.): | 1 |
| | Tehran, | Dimensions: | 0 x 0 x 0 |
| | Iran (Islamic Republic of) | Ship Ref: | 06-cv-750 |
| Attention To: | Islamic Republic of Iran | Service Level: | International Express (Est. delivery is within two business days of arrival in destination country) |
| Phone#: | (0098-21) 61151 | Special Svc: | |
| Sent By: | Nancy Mayer-Whittington | Date Printed: | 8/8/2006 |
| Phone#: | 202-463-1818 | Bill Shipment To: | Sender |
| | | Bill To Acct: | 776728584 |

DHL Signature (optional) _____  Route AIW  Date 8/8  Time 15:54

For Tracking, please go to www.dhl-usa.com or call 1-800-225-5345
Thank you for shipping with DHL

Print this page    Print later                                                        Continue

https://webship.dhl-usa.com/shipmentdocuments/intllabeldoc.asp                    8/8/2006