

RECEIVED

AUG 1 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

