

# HEIDEMAN
# NUDELMAN
# KALIK, PC

1146 19ᵀᴴ STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036
TELEPHONE 202.463.1818
TELEFAX    202.463.2999
www.hnklaw.com
attorneys@hnklaw.com

<u>BY HAND</u>

November 30, 2006

Nancy Mayer-Whittington
Clerk, United States District Court
    for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

    RE:    *Estate of James Sylvia, et al. v. Islamic Republic of Iran, et al.*,
                Civil Action No. 06-00750 (RCL): <u>Request for Service Through
                Diplomatic Channels</u>

Dear Ms. Mayer-Whittington:

        As counsel to the Plaintiffs in the above referenced action, and pursuant to the provisions of the Foreign Sovereign Immunities Act ("FSIA"), 28 U.S.C. §§ 1602, *et seq.*, we hereby request that the Clerk's Office "send[] two copies of the summons and complaint and a notice of suit" and administrative documents, "together with a translation of each into the official language of the foreign state, by any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the Secretary of State in Washington, District of Columbia, to the attention of the Director of Special Consular Services" so that the "Secretary shall transmit one copy of the papers through diplomatic channels to the foreign state and shall send to the clerk of the court a certified copy of the diplomatic note indicating when the papers were transmitted." 28 U.S.C. § 1608(a)(4). In this matter, the foreign state is the Islamic Republic of Iran.

        Service under §1608(a)(4) is appropriate at this time as there is no "special arrangement" and no "applicable international convention on service of judicial documents" with Iran, and Iran does not accept service through its Ministry of Foreign Affairs in Tehran. *See* 28 U.S.C. §1608 (a)(1), (a)(2) and (a)(3). Service of process has already been attempted twice, both times unsuccessfully, by the Clerk of Court pursuant to 28 U.S.C. § 1608(a)(3) and 30 days have since passed. *See* attached Letters of July 31, 2006 and September 28, 2006.

        The defendants in this case are (1) the Islamic Republic of Iran, Ministry of Foreign Affairs, and (2) the Iranian Ministry of Information and Security. Enclosed are the original plus two (2) copies for each defendant of the Summons, Complaint, Notice of Suit, Motion for Waiver of Local Rule 5.1(e), Notice of Related Cases and administrative

documents, as well as two (2) copies of the translations of each document into Farsi, the official language of Iran. Also enclosed are two (2) certified checks for $735.00 each, payable to "U.S. Embassy Bern", as we understand that the United States does not maintain an embassy in Iran, and instead our request will be passed through the U.S. Embassy in Bern, Switzerland for transmittal to Iran.

We understand that after you have assembled the requisite documents and attached return receipt notices, you will return the package of documents to us for placement in the U.S. mail to the Director of Special Consular Services, Edward A. Betancourt. Please call me at 202.463.1818 when the package is ready and we will pick it up. Please also notify me when the Secretary of State sends you a certified copy of the diplomatic notes indicating when the papers were transmitted.

If you have any questions, please feel free call me at the phone number listed above.

Sincerely,

*Faye N. Eisen* (signature)

Faye N. Eisen

Enclosures



**HEIDEMAN**
**NUDELMAN**
**KALIK, PC**

1146 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036
TELEPHONE 202.463.1818
TELEFAX    202.463.2999
www.hnklaw.com
attorneys@hnklaw.com

<u>BY HAND</u>

July 31, 2006

Nancy Mayer-Whittington
Clerk, United States District Court
   for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

      RE:  *Estate of James Sylvia, et al. v. Islamic Republic of Iran, et al.*,
            <u>Civil Action No. 06-00750 (RCL)</u>

Dear Ms. Mayer-Whittington:

    Per the provisions of 28 U.S.C. § 1608(a)(3), we hereby request that the Clerk's Office "address[] and dispatch[]" the enclosed "summons and complaint and notice of suit, together with a translation of each . . . to the head of the ministry of foreign affairs of the foreign state concerned." In this matter, the foreign state concerned is the Islamic Republic of Iran. Service under §1608(a)(3) is appropriate at this time as there is no "special arrangement" and no "applicable international convention on service of judicial documents" with Iran. 28 U.S.C. §1608 (a)(1) and (2).

    Enclosed are the two (2) summonses in this case addressed to each of the defendants in the above referenced civil action, being the Islamic Republic of Iran and the Iranian Ministry of Information and Security. Each summons is translated into Farsi, the official language of Iran. Also enclosed with each summons is a copy of the Complaint (in English and Farsi), the Rule 5.1(e) Motion and Order (in English and Farsi), a copy of the Notice of Suit and Foreign Sovereign Immunities Act (in English and Farsi), and a copy of the administrative documents (in English and Farsi).

    We have prepared the packages of documents for transmission to the defendants by DHL. We understand that after you have reviewed the documents you will contact us so that we may pick them up, take them to a DHL facility, and return the DHL sender's receipt to you. Please call me at 202.463.1818 when the packages are ready and we will come pick them up.

    If you have any questions, please feel free to contact me. Thank you for your assistance.

Sincerely,

*[signature]*

Faye N. Eisen

Enclosures

MEMBERS OF THE FIRM ARE
LICENSED TO PRACTICE IN VARIOUS JURISDICTIONS INCLUDING:

DISTRICT OF COLUMBIA • INDIANA • KENTUCKY • MARYLAND • MISSOURI • NEW JERSEY • NEW YORK • WYOMING • ISRAEL



# HEIDEMAN
# NUDELMAN
# KALIK, PC

1146 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036
TELEPHONE 202.463.1818
TELEFAX 202.463.2999
www.hnklaw.com
attorneys@hnklaw.com

*BY HAND*

September 28, 2006

Nancy Mayer-Whittington
Clerk, United States District Court
    for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

      RE:   *Estate of James Sylvia, et al. v. Islamic Republic of Iran, et al.*,
            Civil Action No. 06-00750 (RCL)

Dear Ms. Mayer-Whittington:

Per the provisions of 28 U.S.C. § 1608(a)(3), we hereby request that the Clerk's Office "address[] and dispatch[]" the enclosed "summons and complaint and notice of suit, together with a translation of each . . . to the head of the ministry of foreign affairs of the foreign state concerned." In this matter, the foreign state concerned is the Islamic Republic of Iran. Service under §1608(a)(3) is appropriate at this time as there is no "special arrangement" and no "applicable international convention on service of judicial documents" with Iran. 28 U.S.C. §1608 (a)(1) and (2).

Enclosed are the two (2) summonses in this case addressed to each of the defendants in the above referenced civil action, being the Islamic Republic of Iran and the Iranian Ministry of Information and Security. Each summons is translated into Farsi, the official language of Iran. Also enclosed with each summons is a copy of the Complaint (in English and Farsi), the Rule 5.1(e) Motion and Order (in English and Farsi), a copy of the Notice of Suit and Foreign Sovereign Immunities Act (in English and Farsi), and a copy of the administrative documents (in English and Farsi).

We have again prepared the packages of documents for transmission to the defendants by DHL, as the attached DHL tracking report demonstrates that the defendants refused to accept delivery of our first attempt at service under § 1608(a)(3) on August 13, 2006. We believe that a second attempt at delivery may allow us to effect service. We understand that after you have reviewed the documents you will contact us so that we may pick them up, take them to a DHL facility, and return the DHL sender's receipt to you. Please call me at 202.463.1818 when the packages are ready and we will come pick them up.

If you have any questions, please feel free to contact me. Thank you for your assistance.

Sincerely,

Faye N. Eisen

Enclosures

MEMBERS OF THE FIRM ARE
LICENSED TO PRACTICE IN VARIOUS JURISDICTIONS INCLUDING:

DISTRICT OF COLUMBIA • INDIANA • KENTUCKY • MARYLAND • MISSOURI • NEW JERSEY • NEW YORK • WYOMING • ISRAEL

| | | | | | | |
|---|---|---|---|---|---|---|
| Products / Services | eShipping | Tools | Information | Press | Careers The Group | About DHL Investor Relations |
| | | | | | Contact | Site Map Settings Help |

# Tracking
## Good Afternoon

**Track your Shipment**

DHL Air Waybill

▶ Track

More tracking options

▶ Search

- ▶ eShipping: Quick Access
- ▶ Web Shipping
- ▶ Booking
- ▶ Tracking
- ▶ Logistics eServices
- ▶ DHL Interactive
- ▶ Trade Automation Service
- ▶ Order Supplies

These are the results of your query

Times given are local to the service area in which the shipment checkpoint is recorded.

| Air Waybill Number | Origin Service Area | Destination Service Area | Status |
|---|---|---|---|
| 8900766232 | Rockville, MD - USA | Tehran - Iran (Islamic Republic of) | Returned to shipper ✔ |

**8900766232 - Detailed Report**

| Date | Time | Location Service Area | Checkpoint Details |
|---|---|---|---|
| August 08, 2006 | 15:55 | Rockville, MD - USA | Shipment picked up |
| August 08, 2006 | 20:17 | Washington - Ronald Reagan National, DC - USA | Departing origin |
| August 09, 2006 | 00:34 | Wilmington - Clinton Field, OH - USA | Departing origin |
| August 09, 2006 | 07:11 | Wilmington - Clinton Field, OH - USA | Clearance delay |
| August 10, 2006 | 00:29 | Wilmington - Clinton Field, OH - USA | Clearance processing complete at Wilmington - Clinton Field - USA |
| August 10, 2006 | 07:08 | Wilmington - Clinton Field, OH - USA | Departed from DHL facility in Wilmington - Clinton Field - USA |
| August 10, 2006 | 21:34 | East Midlands - UK | Arrived at DHL facility in East Midlands - UK |
| August 11, 2006 | 01:07 | London-Heathrow - UK | Arrived at DHL facility in London-Heathrow - UK |
| August 11, 2006 | 09:55 | London-Heathrow - UK | Departed from DHL facility in London-Heathrow - UK |
| August 12, 2006 | 00:52 | Express Logistics Centre, Dubai - United Arab Emirates | Arrived at DHL facility in Express Logistics Centre, Dubai - United Arab Emirates |
| August 12, 2006 | 08:57 | Express Logistics Centre, Dubai - United Arab Emirates | Departed from DHL facility in Express Logistics Centre, Dubai - United Arab Emirates |
| August 13, 2006 | 05:40 | Tehran - Iran (Islamic Republic of) | Arrived at DHL facility in Tehran - Iran (Islamic Republic of) |
| August 13, 2006 | 05:41 | Tehran - Iran (Islamic Republic of) | Departed from DHL facility in Tehran - Iran (Islamic Republic of) |
| August 13, 2006 | 06:11 | Tehran - Iran (Islamic Republic of) | Arrived at DHL Facility |
| August 13, 2006 | 08:31 | Tehran - Iran (Islamic Republic of) | With delivery courier |
| August 13, 2006 | 09:49 | Tehran - Iran (Islamic Republic of) | Recipient refused delivery |
| August 13, 2006 | 15:13 | Tehran - Iran (Islamic Republic of) | Returned to shipper |

Try a new search.

Deutsche Post World Net
MAIL EXPRESS LOGISTICS FINANCE

©2006  ▶ DHL International GmbH. All Rights Reserved