UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| THE ESTATE OF James Silvia, et al. ) <br> ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> THE ISLAMIC REPUBLIC OF IRAN, et al, ) <br> ) <br> Defendants ) <br> ) | Civil Action No. 06-00750 (RCL) |

## AFFIDAVIT IN SUPPORT OF DEFAULT

I, Tracy Reichman Kalik, hereby certify under penalty of perjury, this 30th day of May, 2007, that:

1. I am one of the attorneys of record for the Plaintiffs in the above-entitled case.

2. The Defendants Islamic Republic of Iran and Iranian Ministry of Information and Security (collectively, "Defendants") were served with process pursuant to the provisions of the Foreign Sovereign Immunities Act ("FSIA"), 28 U.S.C. § 1608, and Rule 4(j)(1) of the Federal Rules of Civil Procedure, which directs that "service upon a foreign state or a political subdivision, agency or instrumentality thereof shall be effected pursuant to 28 U.S.C. § 1608."

3. Plaintiffs effected service under 28 U.S.C. § 1608(a)(4) because none of the other methods of § 1608 of the FSIA are available in this case; to wit, no "special arrangement" exists with regard to any of the plaintiffs and any of the defendants, 20 U.S.C. § 1608(a)(1); no international convention has been ratified by the Islamic Republic of Iran,

28 U.S.C. § 1608(a)(2); and the Defendants could not be served by mail, 28 U.S.C. § 1608(a)(3).

4. Accordingly, pursuant to 28 U.S.C. § 1608 (a)(4), on November 30, 2006, Plaintiffs requested that the Clerk of Court "send[] two copies of the summons and complaint and a notice of suit" as well as administrative documents and Plaintiff's Motion for Waiver of Local Rule 5.1(e), "together with a translation of each into the official language of the foreign state, by any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the Secretary of State in Washington, District of Columbia, to the attention of the Director of Special Consular Services" so that the "Secretary shall transmit one copy of the papers through diplomatic channels to the foreign state and shall send to the clerk of the court a certified copy of the diplomatic note indicating when the papers were transmitted." 28 U.S.C. § 1608(a)(4); *see* Notice Requesting Foreign Mailing, without enclosures, attached hereto as Exhibit A. Plaintiffs provided the Clerk's office with packages containing said documents for each of the Defendants.

5. The Clerk of Court certified on December 6, 2006 that the complete set of required documents had been mailed by certified mail to the appropriate address in accordance with the Plaintiffs' request.

6. On May 3, 2007, the Department of State advised the Court by letter that it served the Defendants on March 14, 2007 by delivering the documents to the Iranian Ministry of Foreign Affairs through the U.S. Interests Section at the Embassy of Switzerland in Teheran. *See* State Department Letter, with enclosures, attached hereto as Group Exhibit B.

7. Accordingly, service was complete as of March 14, 2007, and the Defendants had until May 15, 2007 to answer. 28 U.S.C. § 1608(c)(1).

8. The authority for obtaining personal jurisdiction over the Defendants served outside the District of Columbia is the Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1330, 1605(a)(7), 1608(a)(4).

9. I further certify under penalty of perjury that no appearance has been entered by said Defendants in this case; no pleading has been filed and none served upon the attorney for the Plaintiffs; no extension has been given and the time for filing has expired; that none of the Defendants is an infant or an incompetent person.

The Clerk is requested to enter a Default against said Defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Attorney for Plaintiffs,

Tracy Reichman Kalik (Bar No. 462055)
Richard D. Heideman (No. 377462)
Noel J. Nudelman (No. 449969)
HEIDEMAN NUDELMAN & KALIK, PC
1146 19th Street NW
Fifth Floor
Washington, DC 2008
Telephone: 202.463.1818
Facsimile: 202.463.2999

Steven R. Perles (No. 326975)
Edward MacAllister   (No. 494558)
THE PERLES LAW FIRM, PC
1146 19th Street, NW, 5th Floor
Washington, DC 20036
Telephone: 202-955-9055
Telefax:    202-955-3806

3