# EXHIBIT B

*O - file*
*cc -RDH*
*-NTN*



**United States Department of State** *- TKK*

*Washington, D.C. 20520*

May 3, 2007

Ms. Nancy Mayer-Whittington
Clerk of the Court
United States District Court
For the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

**Re: The Estate of James Silvia et al. v. The Islamic
Republic of Iran, et al., Case Number 1:06CV00750 (RCL)**

Dear Ms. Mayer-Whittington:

I am writing regarding the Court's request for service of summonses, complaints and notices of suit pursuant to the Foreign Sovereign Immunities Act (FSIA), 28 U.S.C. 1608(a)(4), upon the Islamic Republic of Iran and the Iranian Ministry of Information and Security as defendants in the above mentioned lawsuit.

Because the United States does not maintain diplomatic relations with the government of Iran, the Department of State is assisted by the U.S. Interests Section of the Embassy of Switzerland in Teheran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of diplomatic notes, numbers 1040- IE, 1041-IE, dated March 14, 2007.

While the Iranian Ministry of Foreign Affairs returned the service documents to the Embassy of Switzerland, 28 U.S.C. 1608(c)(1) provides that service shall be deemed effective as of the date of transmittal indicated in the certified copy of the diplomatic note. We see no reason that the return of these documents should invalidate the effectiveness of service under 28 U.S.C. 1608(a)(4).

I am enclosing copies of the documents transmitted as well as certified copies of the diplomatic notes used to transmit them to the Iranian Ministry of Foreign Affairs. This includes the authenticated certification of the Head of the U.S. Interests Section at the Swiss Embassy in Teheran and the certification of the Consul at the U.S. Embassy in Bern.

Should you have any questions regarding this matter, please do not hesitate to contact me at (202) 736-9115.

Sincerely,

William P. Fritzlen
Attorney Adviser
Office of Policy Review and Interagency Liaison

Enclosures As Stated

Cc:     Richard D. Heideman
        Heideman Nudelman & Kalik, P.C.
        1146 19th Street, NW
        Fifth Floor
        Washington, DC 20036