Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**LYNNE MICHOL SPENCER**

Plaintiff(s)

v.

Civil Action No. 06-750 (RCL)

**ISLAMIC REPUBLIC OF IRAN, et al.**

Defendant(s)

RE: ISLAMIC REPUBLIC OF IRAN
IRANIAN MINISTRY OF INFORMATION AND SECURITY

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on March 14, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 31st day of May, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk