IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                                    )
LYNNE MICHOL SPENCER as Administrator,      )
of the ESTATE OF JAMES SILVIA                        )
et al.,                                                                )
                                                                    )
                Plaintiffs                                          )
                                                                    )
v.                                                                  )        Civil Action No. 06-750 (RCL)
                                                                    )
THE ISLAMIC REPUBLIC OF IRAN, et al,             )
                                                                    )
                Defendants                                       )
_____)

**PLAINTIFFS' MOTION WITH POINTS AND AUTHORITIES TO TAKE
JUDICIAL NOTICE OF THIS COURT'S MAY 30, 2003 FINDINGS OF FACT
AND CONCLUSIONS OF LAW IN RELATED CASES**

COME NOW the Plaintiffs, by and through their undersigned counsel, and

pursuant to Fed. R. Evid. 201, respectfully move this Court to (1) take judicial notice of

all of the findings of fact and conclusions of law contained in the Court's May 30, 2003

Memorandum Opinion entered in the related cases of *Peterson, et al. v. Islamic Republic*

*of Iran, et al.*, Civ. No. 01-02094 (RCL) (D.D.C.) and *Boulos, et al. v. Islamic Republic*

*of Iran et al.,* Civ. No. 01-02684 (RCL) (D.D.C) (consolidated together and hereinafter

referred to as "*Peterson*"), attached hereto as Exhibit A; (2) adopt the findings of fact and

conclusions of law contained in said Memorandum Opinion to be fully applicable to this

pending matter; and (3) direct that this matter be assigned for the taking of damages

evidence by the Court.  In support of this Motion, Plaintiffs state:

1.        All of the Plaintiffs in this matter are similarly situated to their

counterparts in *Peterson,* such that the Plaintiffs in both actions were injured

and/or killed or are family members of those who were injured and/or killed in the October 23, 1983 bombing of the Marine barracks in Beirut, Lebanon ("Marine Barracks Bombing") carried out by the terrorist organization Hezbollah.  *See* Exhibit A.

2.      The named defendants in this action, the Islamic Republic of Iran and the Iranian Ministry of Information and Security (hereinafter referred to collectively as "Defendants"), are the same defendants as those named in the *Peterson* matter.

3.      In *Peterson*, this Court received testimony and other evidence from the plaintiffs in a bench trial that was held on March 17-18, 2003.

4.      The Defendants defaulted in the *Peterson* matter, and did not make an appearance at trial.

5.      The Defendants also defaulted in the within action, and no counsel has appeared on their behalf or otherwise contacted the Plaintiffs' counsel.  (*See* Clerk's Entry of Default, filed on May 31, 2007, Docket # 16.)

6.      The Plaintiffs hereby submit and incorporate by reference a full copy of the Memorandum Opinion, containing findings of fact and conclusions of law, entered in the *Peterson* matter, and attach same hereto as Exhibit A.

7.      The Plaintiffs also hereby submit and incorporate by reference the Order entered in the *Peterson* matter, attached hereto as Exhibits B.

8.      The Plaintiffs respectfully submit that the issues pertaining to the Defendants' liability in this matter are the same as those issues that were before the Court in the *Peterson* matter, and accordingly as this Court has already heard and ruled on the issues involving the Defendants' liability for carrying out the

bombing that caused the deaths and/or injuries of the Bland Plaintiffs, hereby request that pursuant Fed. R. Evid. 201, this Court take judicial notice of the Memorandum Opinion in *Peterson*, and incorporate the findings therein in the instant case, thereby obviating the need for a separate trial on liability, as the liability for Marine Barracks Bombing has already been determined in *Peterson*.

9.    Taking judicial notice of previously entered findings of fact and conclusions of law has been followed in other matters similar to this one, i.e. where a judge has entered findings of fact and conclusions of law and subsequently applied those same findings to a later filed case arising out of the same factual scenario.  *See Prevatt v. Islamic Republic of Iran,* 421 F.Supp.2d. 152, 155 (D.D.C. 2006); *Haim v. Islamic Republic Iran,* 425 F.Supp.2d 56, 60 (D.D.C. 2006); *Valore v. Islamic Republic of Iran*, 03-cv-1959(RCL)(D.D.C); *Estate of Steven Bland v. Islamic Republic of Iran,*05-cv-2124 (RCL)(D.D.C)

10.    The Plaintiffs accordingly request that the Court enter Judgment on liability against the Defendants.

11.    Upon the entry of Judgment on liability against the Defendants, the Bland Plaintiffs further request that this Court  appoint Alan Balaran, Esq. as Special Master to proceed with the taking of the Plaintiffs' evidence of damages in this matter.

WHEREFORE, for the reasons set forth above, the Plaintiffs' respectfully request that this Honorable Court (1) take judicial notice of the Memorandum Opinion set forth in Exhibit A and the Order set forth in Exhibit B; (2) adopt the findings of fact and conclusions of law contained in said Memorandum Opinion as fully applicable to this

matter; (3) enter Judgment as to the liability of the Defendants on behalf of the Bland

Plaintiffs; (4) direct that damages evidence in the instant matter be taken by the Court as

the Court shall determine; (5) provide any such other relief as may be just and fitting

under the facts and circumstances presented.

Dated: August 29, 2007                 Respectfully submitted,

                                        HEIDEMAN NUDELMAN
                                         & KALIK, P.C.
                                        1146 19th Street, N.W., 5th Floor
                                        Washington, DC  20036
                                        Telephone:  202-463-1818
                                        Telefax:  202-463-2999

                                        By: _/s/Richard D. Heideman_____
                                             _/s/ Tracy Reichman Kalik_____

                                          Richard D. Heideman (No. 377462)
                                          Noel J. Nudelman (No. 449969)
                                          Tracy Reichman Kalik (No. 462055)


                                        PERLES LAW FIRM, P.C
                                        Steven R. Perles (No. 326975)
                                        Edward MacAllister
                                        1146 19th Street, NW 5th Floor
                                        Washington, DC  20036
                                        Telephone:  202-955-9055
                                        Telefax:  202-955-3806


G:\Clients\Marine Barracks\Pleadings\Drafts\Marine Barracks II\Motion to take Judicial notice.v1.doc