IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LYNNE MICHOL SPENCER as Administrator, )
of the ESTATE OF JAMES SILVIA )
et al., )
                                Plaintiffs )
)
v.                                        )    Civil Action No. 06-750 (RCL)
)
THE ISLAMIC REPUBLIC OF IRAN, et al, )
)
                                Defendants )

FILED
OCT - 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

This matter having come before the Court on Plaintiffs' Motion [17] With Points and Authorities to Take Judicial Notice of This Court's May 30, 2003 Findings of Fact and Conclusions of Law in Related Cases, and the Court having been sufficiently advised, the Court hereby takes judicial notice of the findings of fact and conclusions of law contained in the Memorandum Opinion filed by this Court in the consolidated cases of *Peterson, et al. v. Islamic Republic of Iran, et al.*, Civ. No. 01-02094 (RCL) (D.D.C.) and *Boulos, et al. v. Islamic Republic of Iran et al.*, Civ. No. 01-02684 (RCL) (D.D.C). It is hereby

ORDERED that the motion [17] is GRANTED; it is further

ORDERED that Judgment be, and hereby is, entered on behalf of the Plaintiffs as to all issues of liability against the Defendants, The Islamic Republic of Iran and the Iranian Ministry of Information and Security. It is further

ORDERED that all claims for damages in this action be submitted to special masters appointed by this Court in the related case of Peterson (Civil Action 01-2094 (RCL)), and it is further

ORDERED that, following receipt of reports from the special master(s), and in consideration of the findings and evidence presented in those proceedings, the Court will enter judgment as to each claim for compensatory damages.

SO ORDERED.

Dated: 10/2/07

Royce C. Lamberth
United States District Judge